```
              IN THE DISTRICT COURT
         FOR THE DISTRICT OF SOUTH CAROLINA
                CHARLESTON DIVISION
            CASE NO. 2:09cv00605 (WOB)
```

**CONTINENTAL CASUALTY CO.**                               **PLAINTIFF**

VS.                              <u>**JUDGMENT**</u>

**BATTERY WEALTH, INC.,**
**ET AL.**                                                 **DEFENDANTS**

Pursuant to the Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) Summary judgment be, and is hereby, **ENTERED IN PLAINTIFF'S FAVOR**;

(2) Plaintiff has no duty as a matter of law to afford coverage to defendants under the insurance policies invoked herein; and

(3) This matter is hereby **dismissed and stricken** from the docket of this court.

This 5th day of May, 2011.



Signed By:
*William O. Bertelsman* WOB
United States District Judge